UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

ESAI PASTRANA CRUZ

CASE NO.

JUL 16 2025 PM4:12
FILED - USDC - FLMD - TPA

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)

8:25-cr-358-VMC-CPT

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Conspiracy to Make a False Statement to a Firearm Dealer)**

#### A. Introduction

At all times material to this Indictment:

1. ESAI PASTRANA CRUZ ("CRUZ") was a citizen of the United States who resided within the Middle District of Florida. CRUZ purchased firearms from federally licensed firearm dealers ("FFLs") within the Middle District of Florida and elsewhere on behalf of his co-conspirators.

2. Co-conspirators would provide CRUZ with funds to purchase the firearms and instruct CRUZ which firearms to purchase.

3. CRUZ would purchase the firearms from the FFLs and subsequently provide the firearms to his co-conspirators. Co-conspirators would then provide CRUZ with additional money after receiving the firearms from CRUZ.

4.  18 U.S.C. § 922(a)(6) prohibits a person from knowingly making a false statement to a federally licensed firearm dealer, that is intended or likely to deceive the dealer, with respect to any fact material to the lawfulness of the sale of a firearm.

5.  FFLs are required to maintain firearms transaction records known as ATF Form 4473s when a firearm is transferred by the FFL. The ATF Form 4473 requires, among other things, that the purchaser certify that he is the actual transferee/buyer of the firearm being transferred.

6.  During each purchase, CRUZ would knowingly make false statements to the FFLs by indicating on the ATF Form 4473 that he was the actual transferee/buyer of the firearms.

### B. The Conspiracy

7.  Beginning on an unknown date, but as early as on or about June 29, 2019, and continuing until at least on or about December 22, 2023, in the Middle District of Florida and elsewhere, the defendant,

ESAI PASTRANA CRUZ,

did knowingly and willfully conspire with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, that is, to make a false statement to a firearms dealer, specifically, that ESAI PASTRANA CRUZ was the actual transferee or buyer of the firearms, contrary to 18 U.S.C. § 922(a)(6).

### C. Manner and Means

8.  The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

a. It was a part of the conspiracy that conspirators would acquire firearms from FFLs in the Middle District of Florida.

b. It was further part of the conspiracy that conspirators would and did arrange for firearms to be acquired in, and transported through, the Middle District of Florida.

c. It was further part of the conspiracy that conspirators would and did falsely represent to FFLs the identities of the actual purchasers and recipients of the firearms.

d. It was further part of the conspiracy that conspirators would and did transmit funds to pay for the firearms, as well as to reimburse and pay conspirators, including transactions that occurred in the Middle District of Florida.

e. It was further part of the conspiracy that conspirators would and did perform acts and make statements to misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

## D. Overt Acts

9. In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida and elsewhere:

a. On or about June 29, 2019, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer at a gun show in Tampa, Florida.

b. On or about January 2, 2020, ESAI PASTRANA CRUZ bought a Glock pistol and a Century Arms pistol from a firearm dealer in Orlando, Florida.

c. On or about January 20, 2020, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer in Tampa, Florida.

d. On or about April 30, 2020, ESAI PASTRANA CRUZ bought a CZ pistol and a Glock pistol from a firearm dealer in Tampa, Florida.

e. On or about June 5, 2021, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer at a gun show in Tampa, Florida.

f. On or about June 19, 2021, ESAI PASTRANA CRUZ bought a Diamondback pistol from a firearm dealer in Tampa, Florida.

g. On or about August 29, 2021, ESAI PASTRANA CRUZ bought two Century Arms pistols from a firearm dealer at a gun show in Tampa, Florida.

h. On or about October 16, 2021, ESAI PASTRANA CRUZ bought three Glock handguns from a firearm dealer at a gun show in Tampa, Florida.

i. On or about December 4, 2021, ESAI PASTRANA CRUZ bought three Glock pistols and a Century Arms pistol from a firearm dealer at a gun show in Tampa, Florida.

j. On or about January 22, 2022, ESAI PASTRANA CRUZ bought five Glock pistols and a Century Arms pistol from a firearm dealer at a gun show in Orlando, Florida.

k. On or about January 29, 2022, ESAI PASTRANA CRUZ bought two Century Arms pistols from a firearm dealer at a gun show in Tampa, Florida.

l. On or about April 2, 2022, ESAI PASTRANA CRUZ bought two Century Arms pistols from a firearm dealer at a gun show in Orlando, Florida.

m. On or about May 7, 2022, ESAI PASTRANA CRUZ bought two Glock handguns from a firearm dealer in Tampa, Florida.

n. On or about May 17, 2022, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer in Tampa, Florida.

o. On or about July 15, 2022, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer in Tampa, Florida.

p. On or about July 23, 2022, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer in Tampa, Florida.

q. On or about August 27, 2022, ESAI PASTRANA CRUZ bought three Glock pistols from a firearm dealer in Orlando, Florida.

r. On or about October 16, 2022, ESAI PASTRANA CRUZ bought two Glock pistols from a firearm dealer at a gun show in Tampa, Florida.

s. On or about December 3, 2023, ESAI PASTRANA CRUZ bought one Glock pistol from a firearm dealer at a gun show in Tampa, Florida.

t. On or about December 22, 2023, ESAI PASTRANA CRUZ bought one Century Arms pistol from a firearm dealer in Tampa, Florida.

In violation of 18 U.S.C. § 371.

## COUNTS TWO THROUGH SEVENTEEN
### (False Statement to a Firearm Dealer)

On or about the dates set forth below, in the Middle District of Florida, the defendant,

### ESAI PASTRANA CRUZ,

in connection with the acquisition of each of the firearms from the federally licensed firearms dealers as set forth below, did knowingly make the following false and fictitious written statement intended and likely to deceive such dealer with respect to a fact material to the lawfulness of the sale under the provisions of Title 18, United States Code, Chapter 44, to wit: answering "yes" to question 21.a. on ATF Form 4473 which asks, "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)?," when in fact the defendant knew he was buying the firearm on behalf of someone else.

| COUNT | ON OR ABOUT | FIREARMS ACQUIRED | DEALER |
|---|---|---|---|
| Two | June 5, 2021 | Two Glock pistols | Shoot Straight |
| Three | June 19, 2021 | One Diamondback pistol | University Gun & Pawn |
| Four | August 29, 2021 | Two Century Arms pistols | Shoot Straight |
| Five | October 16, 2021 | Three Glock pistols | Shoot Straight |
| Six | December 4, 2021 | One Century Arms pistol and three Glock pistols | Shoot Straight |
| Seven | January 22, 2022 | One Century Arms pistol and five Glock pistols | Shoot Straight |

| | | | |
|---|---|---|---|
| **Eight** | January 29, 2022 | Two Century Arms pistols | Shoot Straight |
| **Nine** | April 2, 2022 | Two Century Arms pistols | Pompano Pawn |
| **Ten** | May 7, 2022 | Two Glock pistols | Mad Dog Armory |
| **Eleven** | May 17, 2022 | Two Glock pistols | University Gun & Pawn |
| **Twelve** | July 15, 2022 | Two Glock pistols | Mad Dog Armory |
| **Thirteen** | July 23, 2022 | Two Glock pistols | Mad Dog Armory |
| **Fourteen** | August 27, 2022 | Three Glock pistols | Florida State Armory |
| **Fifteen** | October 16, 2022 | Two Glock pistols | Shoot Straight |
| **Sixteen** | December 3, 2023 | One Glock pistol | Queen of Pawns |
| **Seventeen** | December 22, 2023 | One Century Arms pistol | University Gun & Pawn |

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## FORFEITURE

1.     The allegations contained in Counts One through Seventeen are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2.     Upon conviction of a conspiracy to violate, or a violation of, 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,



Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Jeff Chang
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes & Racketeering

Case 3:25-mj-00678-HRV  Document 1  Filed 07/24/25  Page 9 of 9
Case 8:25-cr-00358-VMC-CPT  Document 1  Filed 07/16/25  Page 9 of 9 PageID 9

FORM OBD-34
July 25

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

### THE UNITED STATES OF AMERICA

vs.

### ESAI PASTRANA CRUZ

### INDICTMENT

Violations: 18 U.S.C. § 371
18 U.S.C. § 922(a)(6)

A true bill,

_____
Foreperson

Filed in open court this 16th day of July 2025.

_C. Reaves_____
Clerk

Bail $ _____

GPO 863 525